**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JUDITH KAMERER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) CASE NO. |
| OF AMERICA; PROVIDENT LIFE AND | ) |
| ACCIDENT INSURANCE COMPANY; and | ) |
| UNUM GROUP | ) **EXHIBIT D** |
| Defendants. | ) |

# WEEKLY TRACKING - QTR VIEW
## As of MARCH 31, 2011

| PRODUCT | (All) |
| SITE | (All) |
| REGION | (All) |
| TEAM | WESTERN TEAM |
| GROUP | WEST 2 |

[PRINT] [Click to Sort Dates] [CLOSE]

### MONTHLY AVERAGES

| | QTR 2010Q1 | QTR 2010Q2 | MONTH 2010Q3 | MONTH 2010Q4 | JAN11 | JAN11 | FEB11 | FEB11 | 2011Q1 | MAR11 | MAR11 | QTD | QTR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN |
| *Paid Recoveries* | | | | | | | | | | | | | |
| Inventory (#) | 284 | 299 | 341 | 353 | 341 | | 331 | | | 345 | | 339 | |
| Recoveries (#) | 15 | 9 | 9 | 13 | 9 | 11 | 11 | 11 | 11 | 11 | 11 | 10 | 10 |
| 0-12 Mos | 12 | 8 | 6 | 11 | 9 | 7 | 11 | 7 | 7 | 9 | 9 | 7 | 8 |
| 13-24 Mos | 2 | 1 | 2 | 1 | | 2 | | 2 | 2 | 1 | 1 | 1 | 1 |
| 25-36 Mos | 0 | | | 1 | | 1 | | 1 | 1 | | 1 | 1 | 1 |
| 37-60 Mos | | | | | | 1 | | 1 | 1 | | 1 | 1 | 1 |
| 61-120 Mos | | | | | | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 121+ Mos | | | 0 | 0 | 0 | | 0 | | 0 | 0 | | 0 | 0 |
| Recovery - Total | 15 | 9 | 9 | 13 | 9 | 11 | 11 | 11 | 11 | 11 | 11 | 10 | 11 |
| Recoveries / Day | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 1 |
| Actual to Plan % | 137.0% | 86.4% | 83.0% | 115.7% | 79.2% | 100.0% | 101.9% | 100.0% | 100.0% | 101.2% | 100.0% | 93.9% | 100.0% |
| *Paid Reopens** | | | | | | | | | | | | | |
| # Reopen | 1 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 6 | 1 | 3 | 1 |
| Rate % | 6.7% | 10.7% | 29.6% | 5.1% | 11.1% | 12.1% | 9.1% | 12.4% | 12.4% | 54.5% | 12.2% | 25.8% | 12.2% |
| *LAR - Current* | | | | | | | | | | | | | |
| # Decisions | 29 | 22 | 23 | 21 | 26 | 21 | 14 | 22 | 22 | 30 | 18 | 23 | 20 |
| # Approvals | 24 | 18 | 22 | 17 | 20 | 17 | 12 | 18 | 18 | 28 | 15 | 20 | 17 |
| LAR - Total % | 83.0% | 80.6% | 95.6% | 82.3% | 76.9% | 81.5% | 85.7% | 81.5% | 81.5% | 93.3% | 81.5% | 85.7% | 81.5% |

* Paid Recoveries are those open at the BOM, with payment prior to end of month
** Paid Reopens are those claims which have received first payment prior to current month, reopen in the month and remain open

CONFIDENTIAL

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.

PLA-MS-BROFFMAN-IDI WEEKLY TRACKING-000011

EXHIBIT 13.b
Page 1 of 10

APR 29 2015
LISA R. CLARK

PRINT     WEEKLY TRACKING - QTR VIEW     CLOSE

As of JUNE 30, 2011

| PRODUCT | (All) |
| SITE | (All) |
| REGION | (All) |
| TEAM | WESTERN TEAM |
| GROUP | WEST 2 |

Click to Sort Dates

MONTHLY AVERAGES

| | QTR | MONTH | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2010Q2 | 2010Q3 | 2010Q4 | 2011Q1 | | APR11 | | MAY11 | | 2011Q2 JUN11 | | | QTD | QTR |
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN |
| **Paid Recoveries** | | | | | | | | | | | | | | |
| Inventory (#) | 300 | 341 | 353 | 340 | | 354 | | 331 | | | 333 | | 339 | |
| Recoveries (#) | 9 | 9 | 13 | 10 | | 11 | 11 | 7 | 7 | | 7 | 10 | 8 | 11 |
| 0-12 Mos | 8 | 6 | 11 | 10 | | 8 | 8 | 7 | 7 | | 5 | 7 | 7 | 7 |
| 13-24 Mos | 1 | 2 | 1 | 0 | | 3 | 2 | | 2 | | 2 | 2 | 2 | 2 |
| 25-36 Mos | | | 1 | | | | 1 | | 1 | | | 1 | | 1 |
| 37-60 Mos | | | | 0 | | | 1 | | 0 | | | 0 | 0 | 0 |
| 61-120 Mos | | | | | | | 0 | | 0 | | | 0 | 0 | 0 |
| 121 + Mos | 0 | 0 | | | | | 0 | | 0 | | | 0 | 0 | 0 |
| Recovery - Total | 9 | 9 | 13 | 10 | | 11 | 11 | 7 | 11 | | 7 | 10 | 8 | 11 |
| Recoveries / Day | 0 | 0 | 1 | 0 | | 1 | 1 | 0 | 1 | | 0 | 0 | 0 | 0 |
| Actual to Plan % | 86.4% | 83.0% | 115.7% | 93.9% | | 97.7% | 100.0% | 66.5% | 100.0% | | 70.9% | 100.0% | 78.9% | 100.0% |
| **Paid Reopen** | | | | | | | | | | | | | | |
| # Reopen | 1 | 3 | 1 | 3 | | 1 | 1 | 4 | 1 | | 3 | 1 | 2 | 1 |
| Rate % | 10.7% | 29.6% | 5.1% | 25.8% | | 11.5% | 11.5% | 57.1% | 12.6% | | 42.9% | 14.1% | 28.0% | 12.7% |
| **L&R - Current** | | | | | | | | | | | | | | |
| # Decisions | 22 | 23 | 21 | 23 | | 29 | 25 | 23 | 26 | | 16 | 29 | 23 | 27 |
| # Approvals | 18 | 22 | 17 | 20 | | 23 | 20 | 21 | 21 | | 10 | 24 | 18 | 22 |
| L&R Total % | 80.6% | 95.6% | 82.3% | 85.7% | | 79.3% | 81.5% | 91.3% | 81.5% | | 62.5% | 81.5% | 79.4% | 81.5% |

\* Paid Recoveries are those open at the BOM, with payment prior to end of month

\*\* Paid Reopens are claims which have received first Payment prior to current month, reopen in the month and remain open.

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.

CONFIDENTIAL     EXHIBIT 13.b Page 2 of 10     PLA-MS-BROFFMAN-IDI WEEKLY TRACKING-000012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRIAL EXHIBIT 13.b
CASE NO. 3:13-cv-04922-JD
DATE ENTERED
BY
DEPUTY CLERK