**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JUDITH KAMERER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) CASE NO. |
| OF AMERICA; PROVIDENT LIFE AND | ) |
| ACCIDENT INSURANCE COMPANY; and | ) |
| UNUM GROUP | )        **EXHIBIT C** |
| Defendants. | ) |

# Exhibit 3

CONFIDENTIAL

UP-HEY-COC-1

# UNUMPROVIDENT℠

## Manager Toolkit
## 2005 Business Plan & BBS Communications
## The Benefits Center

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRIAL EXHIBIT 320
APR 29 2015
DATE ENTERED
U.S. DISTRICT COURT

AUGUST 3730
MOFFATT 411

EXHIBIT 320
Page 1 of 36

Case 4:15-cv-49146-TSH Document 74-87-5 Filed 11/30/16 Page 4 of 38
Case 4:15-cv-02361-RGC DTP Document 87-5 Filed 08/15/15 Page 3 of 37

2

# Communication Timeline

| | Corporate Communication | TBC Manager Meeting | Employee Staff Meetings | Completion of Performance Goals | Ongoing |
|---|---|---|---|---|---|
| D E S C R I P T I O N | Communication of final Corporate and US Brokerage Scorecard goals and measures | Discuss 2005 TBC Business Plans And Scorecard | TBC Scorecard Measures Communicated to all employees by managers | Complete & Enter Performance Plans in MAPS for all Employees | TBC Scorecard updates<br><br>TBC Performance<br><br>US Brokerage Scorecard updates<br>(as data is available) |
| A U D I E N C E | Employees | Managers | Employees | Managers and Employees | Managers & Employees |
| T I M E F R A M E | Post-Board Meeting | April 7th Conference Call | By April 15th | Deadline April 29 | Throughout the Year |

UNUMPROVIDENT

EXHIBIT 320
Page 2 of 36

AUGUST 3731
MOFFATT 412

UNUMPROVIDENT℠

TBC Business Priorities
Foundation Slides

AUGUST 3732
MOFFATT 413

EXHIBIT 320
Page 3 of 36

MOFFATT - TBC - CONFIDENTIAL

Case 4:15-cv-40146-TSH Document 74-5 Filed 11/30/16 Page 6 of 38
Case 4:15-cv-02367-RGC-DTP Document 87-5 Filed 08/15/15 Page 5 of 37

4

# UnumProvident Commitment

## Our Purpose

We will be the leading provider of income

protection solutions that help individuals,

families and employers manage many of life's

challenges.

## Our Philosophy

We will achieve our purpose by delivering on

our promises. Our customers will receive

personal, responsive service that meets their

expectations and differentiates us from our

competitors. Our owners will receive attractive

financial returns. And our employees will thrive

in a challenging and rewarding work

environment.

## Our Principles

- Responsibility to our customers

- Responsibility to our owners

- Responsibility to our partners

- Responsibility to our communities

- Responsibility to each other

- Responsibility to ourselves

- Responsibility to succeed

AUGUST 3733
MOFFATT 414

EXHIBIT 320
Pag ' of 36

Case 4:15-cv-40146-TSH Document 74-8-5 Filed 11/30/16 Page 7 of 38
Case 4:15-cv-02387-RGC-DTP Document 87-5 Filed 08/15/15 Page 6 of 37

6

# Balanced Business Scorecard Hierarchy



AUGUST 3735
MOFFATT 416

EXHIBIT 320
Page ⌐ of 36

Case 4:15-cv-40146-TSH Document 74-87-5 Filed 11/30/16 Page 8 of 38
Case 4:15-cv-02387-RGS-DTP Document 87-5 Filed 08/15/15 Page 7 of 37

5

# U.S. Brokerage
## 2005 Key Focus Areas

The U.S. Brokerage plan requires focus in four key areas:

- **Successfully complete LTD pricing and renewal actions to improve profitability, while achieving persistency targets**
  - Continue to successfully place group renewals
  - Expect group persistency to decline in 2005 – focus remains on losing right cases
- **Successfully implement Benefit Center changes, including those required in the multi-state Market Conduct Exam settlement**
  - Maintain consistency in operations and services levels
  - Quickly move through the transition period – minimize disruption to employees and customers
  - Maintain focus on quality and operational metrics
- **Restore profitable sales growth – maintain discipline**
  - Execute strategies for small case and supplemental products
  - Continue to reduce dependency on large case – grow where appropriate
  - Expand product offering as appropriate
- **Institutionalize the importance of continuous improvement and consistent operating performance**
  - Maintain consistency in operations and service while managing expenses
  - Focus on operational excellence, continuous improvement and process innovation


UNUMPROVIDENT

AUGUST 3734
MOFFATT 415

EXHIBIT 320
Page 5 of 36

Case 4:15-cv-40146-TSH   Document 74-3   Filed 11/30/16   Page 9 of 38
Case 4:15-cv-02381-RGC-DTF   Document 87-5   Filed 08/15/15   Page 8 of 37

7

**UnumProvid\   U.S. Brokerage**
**2005 Balanced Business Scorecard Goals**

## SHAREHOLDER VALUE

Deliver attractive financial returns

➤ Generate sustainable profitability
- Execute on renewal and persistency management plans
➤ Restore profitable sales growth

## CUSTOMERS

Attract and retain customers by delivering a superior value proposition

➤ Develop trusted, consultative long-term relationships
➤ Offer high quality, differentiated products and services and attractive value proposition
➤ Maintain high level of customer satisfaction
➤ Maintain a leadership position in the markets we serve

Achieve growth in targeted products, markets, & segments

➤ Maintain balance in business
➤ Place particular emphasis on small case employer segment
➤ Continue to emphasize the VWB and Executive Benefits needs

## OPERATING EXCELLENCE

Focus on continuous improvement

➤ Achieve service excellence
➤ Successfully implement Benefit Center changes
➤ Promote effectiveness, efficiency, and innovation
➤ Manage risks throughout all business areas
➤ Meet/exceed rating agency requirements

## PEOPLE

Develop employees that are viewed as the best in the industry

➤ Foster employee growth, development, and effectiveness
➤ Demonstrate the principles of ethics and responsibility in UPC Commitment
➤ Provide a challenging and rewarding environment
➤ Build commitment through a candid, open work environment
➤ Cultivate personal responsibility and initiative

AUGUST 3736
MOFFATT 41

**EXHIBIT 320**
**Page 7 of 36**
UPC company confidential

Case 4:15-cv-02146-TSH-DTP Document 74-3 Filed 11/30/16 Page 10 of 39
Case 4:14-cv-02367-RCC-DTP Document 57-5 Filed 05/15/15 Page 9 of 37

8

# UnumProvident U.S. Brokerage
## 2005 Balanced Business Scorecard Operational Measures

## SHAREHOLDER VALUE

| | |
|---|---|
| Pre-Tax Operating Income | >= Plan |
| Earned Premium | $6.2 b |
| Loss Ratio | 95.1% |
| Operating Expense Ratio | 16.8% |
| Return on Equity | >= Plan |
| Sales Growth | >30% |

## CUSTOMERS

**Market Presence:**

| | |
|---|---|
| Group Sales Premium | $550-600m |
| Supplemental Sales Premium | $200-250m |
| # of New VWB Coverages Sold | 995 |
| # of New Group Coverages Sold | 1,929 |
| Group Renewal Profit Improvement | $108.6m |
| Group Persistency Rate | 79.4% |

**Customer Satisfaction:**

| | |
|---|---|
| Group Employer Survey Score Composite | 80% exc./v. good (2Q, 4Q) |
| Group Producer Survey Score Composite | 80% exc./v. good (3Q) |
| Claimant Satisfaction Scores | 80% exc./v. good (1Q) |
| Rating as Innovator | 90% Agree (2Q) |

## OPERATING EXCELLENCE

**Effectiveness:**

| | |
|---|---|
| Underwriting Effectiveness | 100% within range |
| Benefits Center Effectiveness | 100% within range |
| CSC Quality of Service Delivery | 100% >= target |

**Efficiency/Continuous Improvement:**

| | |
|---|---|
| Composite Unit Cost Measure | < or = plan |
| Earned Premium per EE | $723,650 |
| % Employees on Improvement Teams | 5% |

**Controls:**

% of High Risks on Risk Maps Regulatory Compliance and Rating Agency Requirements

## PEOPLE

**Voluntary Turnover Rate**
- Overall — 10.5 %
- High performers (Q2) — 7.2 %
- New Hires — 16.5%

**Work Environment Quality**
- Employee Survey (Q4) — all questions >85% agree

**Charitable Contributions** — $2.7 m

**Training & Development** — all areas >= target

UPC company identical

EXHIBIT 320
Page 9 of 36

AUGUST 2737
MOFFATT 418

Case 4:15-cv-40146-TSH Document 74-8 Filed 11/30/16 Page 11 of 38
Case 4:14-cv-02387-RGC-DTP Document 87-5 Filed 09/15/15 Page 11 of 37

9

# Operating Plan Alignment – The Benefits Center

Customer, Shareholder, Economic, Regulatory, Employee Expectations



2005 US Brokerage Key Focus Areas, Initiatives, Scorecard

2005 TBC Mission

2005 TBC Key Initiatives

TBC Organizations

| Chattanooga DBC | Glendale DBC | Portland DBC | QPS | Special Benefits & Consolidated Services | Worcester DBC |

2005 TBC Balanced Scorecard

CONFIDENTIAL

MOFFATT

Case 4:15-cv-40146-TSH Document 74-37-5 Filed 11/30/16 Page 12 of 38
Case 4:14-cv-02387-RGC-DTP Document 87-5 Filed 08/15/15 Page 12 of 37

10

# The Benefits Center

## Mission Statement

*We provide innovative, comprehensive services to assist customers in their efforts to efficiently manage workplace absences; and to compassionately assist individuals in their efforts to return-to-work or to manage hardship due to disability or death.*

## Claims Philosophy

**With a commitment to integrity, quality and superior service, we will:**

- Make appropriate decisions by providing a thorough, fair and objective evaluation of all claims.

- Pay all valid claims in a timely manner with a high level of service

- Partner with our customers in their efforts to return to work or to independent living

AUGUST 3739
MOFFATT 420

EXHIBIT 320
Page 10 of 36



# U.S. Brokerage 2005 Balanced Business Scorecard
## Benefits Center Goals

### SHAREHOLDER VALUE

**Deliver attractive financial returns**

➤ Sustainable profitability
➤ Continue to reduce cost structure while making appropriate investments

### CUSTOMERS

**Attract and retain customers by delivering on our promises**

➤ Focus on claimants to be responsive, and empathetic
➤ Being a high quality service provider in the industry and achieving high levels of customer satisfaction
➤ Improve availability of and focus on fundamental service metrics
➤ Further develop services for the Core market
➤ Building consultative, trusted, long term relationships

### OPERATING EXCELLENCE

**Create an environment of continuous improvement**

➤ Focus on claims management fundamentals
➤ Enhance quality and processing controls
➤ Allocate resources efficiently by process
➤ Develop a flexible, more responsive cost structure
➤ Support reduction of product and process complexity to achieve scale and efficiency
➤ Identify additional process and systems changes to support future productivity increases.
➤ Promote a continuous improvement culture

### PEOPLE

**Develop a high performance organization that is committed to succeed**

➤ Create organization characteristics that encourage employee engagement and satisfaction
➤ Continue development of a professional, high performing organization
➤ Align organization structure
➤ Right staffing levels, right skills, right time, right place

EXHIBIT 320
Page 2 of 36

AUGUST 3744
MOFFATT 422

# 2005 Benefits Center Plan – Key Focus Areas

The 2005 TBC plan helps us compete in the marketplace and strengthens our operating effectiveness.

**Daily claims & service support delivery**

**Quality**
- RSA Implementation
- QCC's

**Claim Mgmt. Fundamentals**

**Continuous unit cost improvement**
- Productivity Tools
- Continuous Improvement
- Flexible cost structure

**TBC Mission: High Quality Claim Decisions & Service Experiences**

**Claimant Web-based strategy**

**Organizational Flexibility**

**Organization Development**
- Right skills, right place, right time
- Employee Development
- Leadership Development
- Recognition

**Fee based services**

Plan drivers:

**Quality**

**Service**

**Effectiveness & consistency of performance**

AUGUST 3740
MOFFATT 421

EXHIBIT 320
Page 11 of 36

UNUMPROVIDENT

Case 4:15-cv-40146-TSH Document 74-87-5 Filed 11/30/16 Page 15 of 38
Case 4:15-cv-02387-RGC DTP Document 87-5 Filed 08/15/15 Page 14 of 37

13

# UnumProvident Bala?    Business Scorecard
## Benefits Center 2005 Target Measures

## SHAREHOLDER VALUE

FML, CR&A Contribution Margin        10%
Expense as a % of Earned Premium     3.7%

## CUSTOMERS

Decision Time:
- New claim decision time STD, Life      50-70% paid or closed within 5 days
- MUUP average age LTD                   30-40 days
- LTD integrated % paid within 45 days   >90%
Voice of the Customer counts             >50 per month
Customer Satisfaction surveys (ER, Claimant)   >80% (very good/excellent)
Service Audits                           > = 90%
Justified Complaints Rate                <6%

## OPERATING EXCELLENCE

**Efficiency / Continuous Improvement**
Actual / Expected Expense Ratio            <= 1.0
**Quality**
Appeals Rate                               = guidance range (per product)
Appeals Upheld Rate                        = guidance range
New Litigation Rate                        = guidance range
Reopen Rate                                = guidance range
New Complaints Volume (per 1,000 open)     = guidance range
Audit Exception Rate                       = guidance range
**Effectiveness**
Liability Acceptance Rate                  = guidance range
Recovery Rate                              = guidance range
Open Claim Audit (TBD)                     100% = guidance

AUGUST 3742
MOFFATT 423

## PEOPLE

**Development and Training**
- Percent of all employees that achieve approved    >90%
  development plan
- Percent of planned development opportunities achieved   >95%
  in select leadership roles
- Ratio of experienced hires to new hires for DBS   >=10%
**Work Environment**
Employees that agree or strongly agree in overall rated   >85%
categories: development, communication autonomy,
ownership, decision making
**Voluntary Turnover Rate**
- Employees in core roles
  < 3 years                                 TBD
  > or = 3 years                            TBD
- High performers                           <=10%

EXHIBIT 320
Page 13 of 36

*UPC company confidential*

Case 4:15-cv-03187-RCL-DTP Document 74-37-5 Filed 11/30/16 Page 16 of 38
Case 4:15-cv-02687-RGC-DTP Document 87-5 Filed 09/15/15 Page 15 of 37

14

# Balanced Business Scorecard – Benefits Center Detail

## Benefits Center Scorecard – LTD, IDI Example

| Operating Excellence Measures | Description | Guidance | | Scorecard Interpretation |
|---|---|---|---|---|
| | | LTD | IDI | |
| Quality | Appeals Rate | 10 – 14% | 4 – 7% | 100% |
| | Appeals Upheld Rate | 80 – 85% | 85 – 90% | 100% |
| | New Litigation Rate | <1.5% | <1.5% | 100% |
| | Reopen Rate | 7 – 9% | 8 – 10% | 100% |
| | New Complaints (1,000 open) | <0.80 | <0.50 | 100% |
| | Audit Exception Rate | <7% | <7% | 100% |
| Effectiveness | Liability Acceptance Rate | 78 – 82% | 77 – 80% | 100% |
| | A/E Recovery Rates | 94 – 98% | 80 – 85% | 100% |
| | Open Claim Audit | TBD | TBD | 100% |

CONFIDENTIAL

UNUMPROVIDENT

AUGUST 3743
MOFFATT 424

EXHIBIT 320
Page 1 of 36

Case 4:15-cv-40146-TSH Document 74-87-5 Filed 11/30/16 Page 17 of 38
Case 4:14-cv-02391-RGC DTP Document 87-5 Filed 09/15/15 Page 16 of 37

15

# Key Initiatives for The Benefits Center

## Operating Excellence

- Effectively implement the RSA
- Enhance quality and improve controls
- Continue focus on claims management fundamentals
- Product design impact on risk, cost and service
- Continue to implement process changes identified in 2004. Realize unit cost improvement from E3 plus additional process improvements.
- Implement organization design
- Improve claim forecasting and TBC response to volume changes
- Enhance SSDI/Offset process
- Engage the organization in identifying continuous improvement opportunities

## Customer

- Further develop core market service strategy
- Enhance ongoing, real-time claimant feedback
- Enhance web-based claimant services
- LAD integration; coordination of STD/FML absences
- VWB claim solution to support growth
- Support multiple new product rollouts

## Shareholder

- Enhance value of fee businesses (RTW, FML, CR&A)
- Align 2005 expense plan with US Brokerage financial plan

## People

- Communication & Change Management
- Employee Development
- Succession Planning and Leadership Development
- Enhance Work Environment
- Empowered Decision Making

UNUMPROVIDENT

EXHIBIT 320
Page 15 of 36

AUGUST 3744
MOFFATT 425

UNUMPROVIDENT - CO

# UNUMPROVIDENT℠

## Examples of Linking TBC Initiatives to Business Unit Initiatives

AUGUST 3745
MOFFATT 426

EXHIBIT 320
Page ~ of 36

# Key Initiatives for the Benefits Center
## Examples of Functional Initiative Areas

- **Focus on claimants:** reliable, responsive and empathetic service

  - Sample Opportunities/Initiatives

    • Decisions on STD and Life Claims within 5 days

    • Develop web-based strategy for serving our claimants

    • Your area's initiative…

    • Your area's metrics for customer satisfaction…

- Reputation for being a **high quality service provider** in the industry

  - Sample Opportunities/Initiatives

    • Refine The Benefits Center value proposition and marketing materials

    • Refine the Core Market service strategy

    • Develop VWB claim system solution to support the growth of this business

    • Your area's initiative…

    • Your area's metrics for customer satisfaction…

AUGUST 3746
MOFFATT 427

EXHIBIT 320
Page 17 of 36

UNUMPROVIDENT

# Key Strategic Areas for The Benefits Center
## Examples of Functional Initiative Areas

- Operate with continually improving, highly efficient and productive operations

  - **Sample Opportunities/Initiatives**

    - Standardization and simplification of our business processes

    - Introduce NaviLink capability to our IDI business in Worcester Benefits Center

    - Implement additional process changes to the Intake, Administration, and FAST operations to reduce overall Benefits Center unit costs

    - Your area's initiative...

    - Your area's operational metrics

- Knowledgeable and skilled claims professionals

  - **Sample Opportunities/Initiatives**

    - Ensure employees have development plans targeted to enhance skills and knowledge in core competency areas

    - Your area's initiative...

    - Your area's metrics for employee development

AUGUST 3747
MOFFATT 428

EXHIBIT 320
Page    of 36

UNUMPROVIDENT

Case 4:15-cv-40146-TSH Document 74-87-5 Filed 11/30/16 Page 21 of 38
Case 4:14-cv-02887-RGC-DTP Document 87-5 Filed 08/15/15 Page 20 of 37

19

# Key Strategic Areas for The Benefits Center
## Examples of Functional Initiative Areas

- Create shareholder value
  - Sample Opportunities/Initiatives
    - Enhance FML, CR&A contribution margin
    - Your area's initiative...
    - (scorecard metric only applies to FML & CR&A areas)

AUGUST 3748
MOFFATT 429

EXHIBIT 320
Page 19 of 36

UNUMPROVIDENT

Case 4:15-cv-40146-TSH Document 74-87-5 Filed 11/30/15 Page 22 of 38
Case 4:14-cv-02387-RGC-DTF Document 87-5 Filed 09/15/15 Page 22 of 37

20

# Linking Business Plans and Performance Plans together...

- Drive your functional area initiatives by employing "S.M.A.R.T."
  development

  - S   Specific
  - M   Measurable
  - A   Achievable
  - R   Results Oriented
  - T   Time Based

AUGUST 3749
MOFFATT 430

EXHIBIT 320
Page 29 of 36

UNUMPROVIDENT

Case 4:15-cv-40146-TSH Document 74-87-5 Filed 11/30/16 Page 22 of 38
Case 4:14-cv-02887-RGC-DTP Document 87-5 Filed 09/15/15 Page 22 of 37

21

# Example
# Using SMART

- The Benefits Center Initiative
  - Knowledgeable and skilled claims professionals

- Functional Area Initiative
  - Ensure employees have approved development plans targeted to enhance skills and knowledge in core competency areas

- Business Unit/Team Initiative
  - Identify the core competencies and knowledge required of LTC DBS'. Implement competency based training plan for LTC DBS role by the end of 2nd Quarter

- Specific
  - The Business Unit Initiative above is specific
- Measurable
  - An approved training plan is the measure of completion
- Achievable
  - The goal is achievable, but aggressive
- Results oriented
  - Concrete results are required of the Initiative
- Time Based
  - Due date is established

**AUGUST 3750**
**MOFFATT 431**

**EXHIBIT 320**
**Page 21 of 36**

UNUMPROVIDENT

# UNUMPROVIDENT℠

# 2005 Scorecard & Performance Based Incentive (PBI)

MOFFATT - CCO - CONFIDENTIAL

AUGUST 3751
MOFFATT 432

EXHIBIT 320
Page 22 of 36

Case 4:15-cv-40146-TSH Document 74-87-5 Filed 11/30/16 Page 25 of 38
Case 4:14-cv-02881-RGC-DTP Document 87-5 Filed 08/15/15 Page 24 of 37

23

# 2005 – A Year to Build Momentum

## 2005 Enterprise Priorities

- Develop profitable, sustainable growth
- Maintain strong balance and capital position
- Leverage size and scale in the marketplace
- Continue to focus on operational excellence

## 2005 U.S. Brokerage Planning Themes

- Execute renewal and persistency management plan
- Restore profitable sales growth
- Successfully implement Benefits Center changes while maintaining effectiveness
- Continue to improve operating effectiveness

UNUMPROVIDENT

AUGUST 3752
MOFFATT 433

EXHIBIT 320
Page 23 of 36

Case 4:15-cv-40146-TSH Document 74-87-5 Filed 11/30/16 Page 26 of 38
Case 4:14-cv-02887-RGC-DTP Document 87-5 Filed 08/15/15 Page 25 of 37

24

# Attracting and Retaining the Best People to Achieve Business Objectives

- Precise execution of our plan is the key to our success.

- Execution requires a good plan, closely aligning our people with our business objectives, and having the best people available in the marketplace.

- We are introducing a new tool to more closely align all of our people with our business plan called the Balanced Business Scorecard (BBS). It is critical that we assist our employees in aligning their individual performance plans to the BBS.

- Every employee can and should feel that they play a role in our future success.

AUGUST 3753
MOFFATT 434

EXHIBIT 320
Page 4 of 36

UNUMPROVIDENT

Case 4:15-cv-03917-RGU-DTP Document 74-87-5 Filed 11/30/15 Page 27 of 38
Case 4:14-cv-02387-RGU-DTP Document 87-5 Filed 09/15/15 Page 26 of 37

25

# Performance Based Incentive

- All TBC employees have an opportunity to benefit from their direct contribution to the US Brokerage results and to The Benefits Center's results.

- Ties together the scorecard with individual's performance.

- Provides incentive for employees to become more engaged in the success of their department and corporation's success.

- Emphasizes individual performance as the key to contributing to The Benefits Center results and ultimately an individual's incentive.

- Performance is the key -- the stronger the individual, The Benefits Center, and company performance, the greater the recognition.

- Corporate financial performance is the primary source of funding for the Performance Based Incentive.

    - The corporation must achieve a minimum level of financial performance in order to fulfill its fiduciary responsibility and fund a payout.

    - Dollars will be allocated based on the financial results of US Brokerage and The Benefits Center's key financial and non-financial goals. This will be measured by an assessment of contribution of each Company and Business Unit to the overall performance and the Balanced Business Scorecard.

- Not an entitlement program; individual performance, US Brokerage and TBC results determine incentive amount.

UNUMPROVIDENT

AUGUST 3754
MOFFATT 435

EXHIBIT 320
Page 2S of 36

Case 4:15-cv-40146-TSH Document 74-87-5 Filed 11/30/16 Page 28 of 38
Case 4:14-cv-02387-RGC-DTP Document 87-5 Filed 09/15/15 Page 27 of 37

26

# Performance Based Incentive

- All employees will now have the opportunity, based on performance, to share in the company's success through the Performance Based Incentive (PBI) program.

- For Level 12-14 employees, meeting planned goals will generate a 'pool' of 4%. The distribution of incentive awards may range from 0 to 5% of annual earnings.

- Levels 1-11 payout targets will, for the most part, remain the same as in the past.

- Differentiation based on individual performance is expected.

UNUMPROVIDENT

AUGUST 3755
MOFFATT 436

EXHIBIT 320
Page ^6 of 36

Case 4:15-cv-40146-TSH  Document 74-87-5  Filed 11/30/16  Page 29 of 38
Case 4:15-cv-02387-RCC-DTP  Document 87-5  Filed 09/15/15  Page 28 of 37

27

# Compensation Mix

## Prior Compensation Mix

| Level | # Employees | Base Salary | PRP Award | Annual Incentive |
|-------|-------------|-------------|-----------|------------------|
| 1 – 9 | 429 | X | | X |
| 10 – 11 | 1,883 | X | | X |
| 12 -14 | 6,635 | X | X | |

## New Compensation Mix

| Level | # Employees | Base Salary | Annual Incentive |
|-------|-------------|-------------|------------------|
| 1 – 9 | 429 | X | X |
| 10 – 11 | 1,883 | X | X |
| 12 -14 | 6,635 | X | X |

AUGUST 3756
MOFFATT 437

EXHIBIT 320
Page 27 of 36

UnumProvident

Case 4:15-cv-02357-RCL-DTP Document 74-87-5 Filed 11/30/15 Page 30 of 38
Case 4:14-cv-02357-RCL-DTP Document 87-5 Filed 09/15/15 Page 29 of 37

28

# Aligning Our People ...

*Whether or not there is a payout AND the amount of the payout depends on:*

| Category | Measure |
|---|---|
| Enterprise Performance (the entire corporation) | Based on Operating Income, Return on Equity and Earned Premium |
| Subsidiary Performance (US Brokerage) | Varies, but generally based on operating income, expense ratio, earned premium and sales |
| Business Unit (The Benefits Center) | Based on the goals developed and communicated within each business unit that are directly related to the corporate and company plan/goals |
| Individual Performance | Based on a performance plan developed by each employee and manager based on goals that are directly aligned with the business unit plan |

UNUMPROVIDENT

AUGUST 3757
MOFFATT 438

EXHIBIT 320
Page ?? of 36

Case 4:14-cv-40146-TSH Document 74-87-5 Filed 11/30/16 Page 31 of 38
Case 4:14-cv-02881-RGC-DTP Document 87-5 Filed 08/15/15 Page 30 of 37

29

# What this means to managers



- While Business Unit and individual performance are important to our success, we can only pay what we can afford based on corporate results.

- The Board of Directors and senior management will assess Corporate, Subsidiary, and Business Unit results.

- The portion of the pool that each Business Unit receives is based on relative performance to each other. For example:

  – Assume that you have three Business Units with the following performance results:
     A = 90%      B = 100%      C = 150%

  – In order to give C higher than 100%, both A and B will get lower than 100%

- Within the Business Unit pool, each manager will then determine an amount based on individual performance.

- See page 38 for examples

AUGUST 3758
MOFFATT 439

EXHIBIT 320
Page 29 of 36

UNUMPROVIDENT

# How PBI Works



Positive Results

Negative Results = *No Payout*

**ENTERPRISE PERFORMANCE**
The Corporation must achieve a minimum level of financial results before any payout is made.

**SUBSIDIARY PERFORMANCE**
A Subsidiary Financial Pool is created based on the extent to which the Subsidiary achieved its results.

**BUSINESS UNIT PERFORMANCE**
The Subsidiary Financial Pool is allocated (up or down) for each Business Unit based on Unit results and their results relative to other Business Units.

**INDIVIDUAL PERFORMANCE**
Each employee's payout is calculated based on Subsidiary results, their Business Unit's results, as well as their own individual performance.

AUGUST 3759
MOFFATT 440

EXHIBIT 320
Page 20 of 36

UNUMPROVIDENT

Case 4:15-cv-40146-TSH Document 74-87-5 Filed 11/30/16 Page 33 of 38
Case 4:15-cv-02881-RGU DT Document 87-5 Filed 09/15/15 Page 32 of 37

31

# Payout Examples

*The Corporation must achieve a minimum level of financial results before any payout is made. If that is achieved, following are a few examples of how a payout would be calculated for a level 12 -14 employee.*

| | Eligible Earnings | U.S. Brokerage Performance | Business Unit Performance | Individual Performance Rating | Recommended Individual Percentage Based on Performance | Total Payout |
|---|---|---|---|---|---|---|
| Subsidiary and Business Unit results meet plan goals | | Strong assessment of performance against plan and subjective measures | Strong assessment of performance against plan and subjective measures | Strong | 0-5% | $0-$1,750 |
| *Calculation Example 1* | $35,000 | 100% | 100% | | 4% | $1,400 |
| Subsidiary results below plan; Business Unit results well below plan goals | | Assessment of results against plan and subjective measures show not all goals met | Assessment of results against plan and subjective measures show many areas where plan was not met | Needs Improvement | 0-5% | $0-$840 |
| *Calculation Example 2* | $35,000 | 80% | 60% | | 0% | $0 |
| Subsidiary results below plan; Business Unit results above plan goals | | Assessment of results against plan and subjective measures show not all goals met | Assessment of results against plan and subjective measures show plan was exceeded | Solid | 0-5% | $0-$1,540 |
| *Calculation Example 3* | $35,000 | 80% | 110% | | 3% | $924 |

UNUMPROVIDENT  The portion of the pool that each Business Unit gets is based on relative performance to each employee.

AUGUST 3760
MOREATT 441

EXHIBIT 029
Page 31 of 36

Case 4:15-cv-40146-TSH Document 74-87-5 Filed 11/30/16 Page 34 of 38
Case 4:14-cv-02887-RGC-DTP Document 87-5 Filed 08/15/15 Page 33 of 37

32

# In Summary

- All employees impact the company's results.

- Every Benefits Center employee needs to understand our 2005 business plan.

- It is manager's responsibility to help employees align their performance plans with the business unit and company plan.

- There is no guaranteed PBI payout; the performance of the corporation, US Brokerage, The Benefits Center, AND employee all impact the payout opportunity.

- Having employees that are engaged and clear about their accountability is key to our success.

- You are a key player in the cascading of this information to your employees.

AUGUST 3761
MOFFATT 442

EXHIBIT 320
Page ?? of 36

UNUMPROVIDENT

UNUMPROVIDENT℠

Performance Management Process
&
Recognition Program Changes

AUGUST 3762
MOFFATT 443

EXHIBIT 320
Page 33 of 36

CONFIDENTIAL — CCA-T-CO-...

MOFFATT

Case 4:15-cv-40146-TSH Document 74-87-5 Filed 11/30/16 Page 36 of 38
Case 4:14-cv-02387-RGC-DTP Document 87-5 Filed 09/15/15 Page 35 of 37

34

# Recognition Program & Salary Administration Changes

- PRP no longer exists.

- The Benefits Center Special Quarterly Awards Program will continue (*with monetary awards*) through 2005.

- Tools being developed to assist managers in no cost/low cost ways to recognize employees – corporate brochure will be distributed week of March 28th. In addition, the Aspiring Leader Team will also be distributing Employee Engagement Toolkit to all TBC managers in March/April.

- Recognition Time Award – a program designed to recognize a small number of level 11-14 employees with an extra day or two off for strong performance. Program begins April 1. Pool is calculated to equal 2 days for 25% of the number of level 11-14 employees. SLT will roll out program specifics in the next few weeks.

- To increase alignment between performance and annual salary increases, 2005 increases will be given in June. Merit budget is 3%.

AUGUST 3763
MOFFATT 444

EXHIBIT 320
Page ~1 of 36

UNUMPROVIDENT

Case 4:15-cv-40146-TSH Document 74-37-5 Filed 11/30/16 Page 37 of 38
Case 4:14-cv-02387-RGC-DTP Document 87-5 Filed 09/15/15 Page 36 of 37

35

# Streamlining of the Performance Management Process

## *As a result of feedback from many, following are changes in the performance management process*

- Moving from numerical ratings to 4 descriptive categories (excellent, strong, solid, needs improvement)

- Formal 360° every other year

  - Level 1-10 in 2006

  - Level 11-14 in 2005. 360 feedback for these levels is *required*, will be available on-line.

  - Managers will have the option of using the 360° process in paper form on the off year for unique situations. (i.e. new employees)

- Performance management process on-line (MAPS) for all employees beginning 4/1/05 – training to begin soon via on-line HELP tutorial and DataXchange sessions via special requests.

- Moving all employees to the same annual performance management timeline. This will accommodate need to assess annual performance for the PBI calculation.

- More detail about the revised performance management timeline will be communicated in 2nd Quarter.

AUGUST 3764
MOFFATT 445

EXHIBIT 320
Page 35 of 36

UNUMPROVIDENT

Case 4:15-cv-40146-TSH Document 74-87-5 Filed 11/30/16 Page 38 of 38
Case 4:14-cv-02387-RGC-DTP Document 87-5 Filed 09/15/15 Page 37 of 37

36

# Streamlining of the Performance Management Process

## 2005 Performance Rating Categories

**Excellent –** Performance is of extremely high quality that far surpasses all performance goals of other performance expectations. Job performance far exceeded both expectations and the contribution of the other employees. Employees in this category have made a very significant impact to the Corporation and/or functional area and are recognized by their peers and management as the top performers for the year.

**Strong –** Performance is of a very high quality, likely satisfying all and surpassing most performance goals or other performance expectations. Job performance consistently surpasses both expectations and the contributions of most other employees. Employees in this category consistently operate at a very high level, have made a significant impact to the Corporation and/or Functional Area and are easily distinguished from their peers.

**Solid –** Performance is of a good quality that likely satisfies all, and may surpass some, of the Performance goals or other performance expectations. Job performance consistently and successfully satisfies expectations in relation to most other employees. Employees in this category have made a solid contribution to the Corporation and/or Functional Area.

**Needs Improvement –** Job performance is of mixed quality that may include not satisfying one or more of the performance goals or other performance expectations. Employees in this category contribute at a level that is less than most other employees or exhibit behaviors that limit their overall contribution. The rating "Needs Improvement" is not meant for employees simply learning their new role, unless they are not meeting the performance goals expected of a new employee.

**Too New to Rate –** Individual has not been employed by the Company long enough to determined an appropriate rating. Generally, this is less than six months of employment.

AUGUST 3765
MOFFATT 446

EXHIBIT 320
Page 5 of 36

UNUMPROVIDENT